ACCEPTED
12-14-00343-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/7/2015 12:31:01 PM
CATHY LUSK
CLERK

# MICHAEL E. GRIMES, P.C.

## ATTORNEYS AT LAW

1514 EAST PALM VALLEY BLVD.
ROUND ROCK, TEXAS 78664
TELEPHONE (512) 255-5888
FAX (512) 255-5938

MICHAEL E. GRIMES
BOARD CERTIFIED IN CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

1/7/2015 12:31:01 PM

CATHY S. LUSK
Clerk

MAILING ADDRESS
POST OFFICE BOX 1539
ROUND ROCK, TEXAS 78680

January 7, 2015

12th Court of Appeals
1517 West Point Street, Suite 354
Tyler, TX 75702

RE:   Cause No. 12-14-00343-CV; Carole Ann Wallace vs. Barbara Louise Hernandez
In the 12th Court of Appeals

Clerk,

Please file the enclosed file marked copy of the Order entered in the above-referenced matter, Denying Plaintiff's Motion to Amend Order to Include Permissive Appeal.

Respectfully,

MICHAEL E. GRIMES, P.C.

Michael E. Grimes
Attorney at Law

Encl.

## CERTIFICATE OF SERVICE

I certify that on the 7th day of January, 2015, a true and correct copy of this document was served on the opposing party by Certified Mail, Return Receipt Requested, addressed as follows:

Carole A. Wallace
4901 West Park Drive
Austin, Texas 78731

CAUSE NO. 2014C-0199

| | | |
|---|---|---|
| CAROLE ANN WALLACE | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | |
| VS. | § | HENDERSON COUNTY, TEXAS |
| | § | |
| BARBARA LOUISE HERNANDEZ, | § | |
| Defendant. | § | 3RD JUDICIAL DISTRICT |

**FILED FOR RECORD**
At_____ O'clock____M.
DEC 19 2014
_____, Clerk
Henderson County, Texas
_____, Deputy

### ORDER DENYING PLAINTIFF'S MOTION TO AMEND ORDER TO INCLUDE PERMISSIVE APPEAL

On December 19, 2014, the Court called for hearing Plaintiff's Motion to Amend Order to Include Permissive Appeal. Plaintiff appeared in person, pro se, and announced ready. Defendant appeared through her attorney of record, Michael Grimes, via telephone, and announced ready. The Court having considered and read the papers and pleadings filed in connection with the motion, and having heard the arguments of Plaintiff and Defense Counsel,

IT IS THEREFORE ORDERED that Plaintiff's Motion to Amend Order to Include Permissive Appeal in hereby denied.

SIGNED on this _____ day of ___12/19___, 2014.

_____
JUDGE PRESIDING